MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

STEINBRECHER, DUANE C,                      Case No. 09-61040
STEINBRECHER, COLETTE E                     Chapter 7

    Debtor(s).

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☐    Unclaimed Dividends

☒    Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| U.S. BANK N.A.<br>P.O. BOX 5229<br>CINCINNATI, OH 45201 | 8 | 24.90 | 0.44 |

Date:  March 17, 2011

                                       /e/ DAVID G. VELDE
                                       DAVID G. VELDE, Trustee



PCC # 3523